IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRITTANIE POLITE,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MEGAN J. BRENNAN, Postmaster General of the United States Postal Service;<br><br>　　　　　　　Defendant. | 8:17CV48<br><br>ORDER |

The parties jointly move to amend certain deadlines. (Filing No. 28).

Accordingly,

IT IS ORDERED that (Filing No. 28) is granted in part. The final progression order (Filing No. 21) is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is March 2, 2018. Motions to compel Rule 33 through 36 discovery must be filed by March 16, 2018.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deposition deadline is January 26, 2018.

3) The deadline for filing motions to dismiss and motions for summary judgment is April 2, 2018.

Dated this 5th day of January, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge